# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 24-54 SSS (MRW) | Date | January 10, 2024 |
|---|---|---|---|
| Title | Bustamante v. Bianco | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Petitioner: | | Attorneys for Respondent: |
| n/a | | n/a |

**Proceedings:**   ORDER RE: HABEAS PETITION

   1.   Petitioner is a state prisoner.  In previous federal (that is, United States District Court) habeas proceedings, Petitioner raised claims regarding the conduct of his murder trial in state (that is, California) court.  <u>Bustamante v. Spearman</u>, No. ED CV 17-1876 RSWL (MRW) (C.D. Cal.).  This court ultimately dismissed Petitioner's federal action as moot because the state courts reversed Petitioner's conviction and granted him habeas corpus relief.

   2.   Several years later, Petitioner filed this new habeas action in federal court.  His petition does not identify any new criminal conviction or the result of any retrial in his previous murder case.  The petition also does not identify any federal constitutional basis for Petitioner to obtain any relief.

   3.   Rather, the extent of the <u>federal</u> petition appears to be a request that Petitioner's state court habeas case be consolidated with other state court actions (perhaps of co-defendants in the underlying criminal case).  (Docket # 3.)  Petitioner's federal court action does not make sense, and is subject to immediate dismissal.  His petition is patently defective.

   4.   The Court suspects that Petitioner intended to present his "joinder" materials in the California state court, not in this federal district court.  In the interest of justice and to avoid any potential prejudice to Petitioner, the Court directs Petitioner to clarify his intentions here.  By or before <u>February 2, 2024</u>, Petitioner must submit a statement explaining whether he will pursue habeas relief in state court and request a voluntary dismissal of this federal action (Rule 41(a)).

   5.   However, if Petitioner actually seeks relief in federal court and can <u>truthfully</u> establish that the claims have been presented and exhausted in the state supreme court and allege viable federal constitutional grounds for relief, Petitioner is obliged to file an

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 24-54 SSS (MRW) | Date | January 10, 2024 |
|---|---|---|---|
| Title | Bustamante v. Bianco | | |

amended habeas petition that states an understandable explanation of the status of his murder conviction and the legal claims he wishes to present in federal court.

**6.  Failure to comply with the terms of this order may result in a recommendation that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Proc. 41(b).  Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).**